

ATTORNEY DEBT RESET, INC.
JUSTIN K. KUNEY, SBN 249283
JEREMY G. WINTER, SBN 245631
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone: 916-446-1791
Facsmile: 916-446-1742
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In Re: Christine Maria Moore, Debtor, | CN: 2011-43078<br>Chapter 7<br><br>**DEBTOR'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER COMPLELLING TRUSTEE TO ABANDON PROPERTY OF THE ESTATE;**<br><br>Date: November 7th, 2011<br>Time: 10:00 AM<br>Place: 501 I St., 7th Fl<br>Courtroom 28, Dept. A<br>Sacramento, CA 95814<br><br>Judge: Hon. Michael S. McManus |
|---|---|

**Debtor, Christine Maria Moore, hereby moves the Court** pursuant to 11 U.S.C. §554(b) and FRBP 6007 for an Order compelling the Trustee to abandon property of the estate on the basis that said property has no unprotected equity and is therefore of inconsequential value and benefit to the estate. The debtor, Christine Maria Moore, was involved in a car accident on November 16, 2009 with Josh and Breanna Burns. Debtor suffered injuries in the accident. Though no court case has been filed in relation to the

accident, debtor has hired an attorney, Lena Dalby, and is in pursuit of a settlement. Debtor is informed that she will receive approximately $7,565 as her portion of an offered settlement from the Burns' insurance company. An estimated settlement amount, of $10,000.00 has been properly listed and exempted on schedule B of the Chapter 7 Bankruptcy Petition filed on or about September 23, 2011.

## I.
## STATEMENT OF FACTS AND PROCEDURAL HISTORY

The above-referenced Chapter 7 case was filed on or around September 23, 2011. Debtor's assets include a potential claim for money damages against Josh and Breanna Burns in regards to a car accident which occurred on November 16th, 2009. Debtor has been offered a settlement proposal, whereby she will receive $7,564.15, of the settlement proceeds. Debtor has duly listed this potential asset on Schedule B and has claimed an exemption of up to $10,000.00 on Schedule C of her bankruptcy petition. This asset is not encumbered by any secured debt, other than an Attorney's lien for fees and cost.

## II.
## BECAUSE THERE IS NO EQUITY IN THE PROPERTY, THE COURT SHOULD ORDER THE TRUSTEE TO ABANDON THE PROPERTY

11 U.S.C. §554(b) provides as follows:

On request of a party in interest after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

As set forth above, debtor's interest in said settlement proceeds will not exceed her duly claimed exemption, and as such the bankruptcy estate will have no interest in this asset. This motion is being transmitted to all interested parties, and anybody who believes

otherwise will have an opportunity to state the same.  Since the subject property is of no value to the estate, the Court should order the Trustee to abandon the property back to the debtor so that she may accept the proposed settlement offer.

## III.

## CONCLUSION

WHEREFORE, Debtor prays that the Court grant this motion and order the Trustee to abandon the above-referenced property of the estate.


Respectfully submitted,

Dated:___October 14, 2011                                **ATTORNEY DEBT RESET, INC.**


                                                                          By:/s/ Jeremy G. Winter
                                                                              Jeremy G. Winter

DEBTOR'S MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER COMPLELLING TRUSTEE TO ABANDON PROPERTY OF THE ESTATE
2011-43078